IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No: 4:16-CV-198-BR

**Constance Denise Pratt**,

        Plaintiff,

v.

**Retha Allbritton**, et al.,

        Defendants.

**Order**

      On July 19, 2018, Plaintiff Constance Denise Pratt asked the court to create a docket entry for audio files she submitted to the court on a flash drive. D.E. 93. Pratt submitted these audio files in support of her response to Defendants' motion for summary judgment. *See* D.E. 87 and D.E. 70.

      The court is unable to create a docket entry for these files because the court may only file a PDF document or an FTR recording in CM-ECF. The court thus denies Pratt's motion. But the court notes that it received Pratt's files and thoroughly reviewed them as part of its consideration Defendants' motion.

Dated: August 6, 2018

                                            Robert T. Numbers, II
                                            United States Magistrate Judge