UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO: 4:16-CV-198-BR

| | |
|---|---|
| CONSTANCE PRATT, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) ORDER |
| RETHA ALLBRITTON, et al., | )<br>)<br>) |
| Defendants. | ) |

This matter is before the court on plaintiff's motion to seal her "response" to the 22 August 2018 Memorandum and Recommendation of U.S. Magistrate Judge Robert T. Numbers, II. (DE # 101.) According to plaintiff, her response contains "personal info such as audio manual filing and passwords." (Id.) The only page of her response that contains such information is page 10 of docket entry number 100-1. The court will allow that portion to be filed under seal but will not seal the entire response. Accordingly, the motion to seal is GRANTED IN PART, and the Clerk is DIRECTED to file a redacted version of plaintiff's response in conformity with this order.

This 7 September 2018.

_____
W. Earl Britt
Senior U.S. District Judge