UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO: 4:16-CV-198-BR

| | |
|---|---|
| CONSTANCE PRATT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| RETHA ALLBRITTON, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on the 8 August 2018 Memorandum and Recommendation ("M&R") of U.S. Magistrate Judge Robert T. Numbers, II. (DE # 99.) Plaintiff, who is proceeding *pro se*, filed a "response" to the M&R consisting of handwritten notations on a copy of the M&R indicating plaintiff's apparent objections to the M&R. (DE # 103.) She also filed a "response and objection" to the M&R specifying on which claims she wishes to proceed (and not proceed), summarizing her arguments, and referring the court to particular exhibits.[1] (DE # 103-1.) Defendants did not file a response to plaintiff's objections.

Judge Numbers recommends that the court grant defendants' motion for summary judgment in its entirety. With the exception of her Fourth Amendment claim, plaintiff challenges Judge Numbers' recommendation that the court dismiss her claims. (See DE # 103-1, at 1 ("Plaintiff request not to argue the 14th [sic] Amendment right to be free from unreasonable searches."), id. at 1-9 (identifying claims on which plaintiff wishes to proceed).)

---

[1] Among the exhibits to which plaintiff refers are purported audio recordings that plaintiff claims she uploaded to www.jumpshare.com. (DE ## 103-1, at 18, # 104-1, at 10.) The court has not attempted to access the recordings through that website.

As such, the court conducts a *de novo* review of those portions of the M&R to which plaintiff objects. See 28 U.S.C. § 636(b)(1).

The M&R contains a thorough and accurate analysis of the facts and law underlying plaintiffs' claims. Plaintiff's objections to the M&R are OVERRULED, and the court ADOPTS the M&R as its own. Defendants' motion for summary judgment is ALLOWED. This action is DISMISSED WITH PREJUDICE. The Clerk is DIRECTED to enter judgment accordingly.

This 21 September 2018.

_____
W. Earl Britt
Senior U.S. District Judge