UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| CONSTANCE PRATT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | No. 4:16-CV-198-BR |
| RETHA ALBRITON, SOFIA ELLIS, ) | |
| KEISHA ADAMS, JANE DAWSON, ) | |
| MARGARET DIXON, and ) | |
| LINDA MIZELLE, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**
This action came before this Court for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED that** the Court adopts the Memorandum and Recommendations as its own. Defendants' motion for summary judgment is allowed. This action is DISMISSED WITH PREJUDICE.

<u>This Judgment Filed and Entered on September 21, 2018 with service on:</u>
Constance Pratt, P.O. Box General Mail, Winston-Salem, NC 27102 (via US Mail)
Scott C. Hart (via Cm/ECF Notice of Electronic Filing)

Date: September 21, 2018           PETER A. MOORE, JR., CLERK

_____
Lauren Herrmann, Deputy Clerk