UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| CONSTANCE PRATT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **AMENDED JUDGMENT** |
| v. ) | |
| ) | No. 4:16-CV-198-BR |
| RETHA ALBRITON, SOFIA ELLIS, ) | |
| KEISHA ADAMS, JANE DAWSON, ) | |
| MARGARET DIXON, and ) | |
| LINDA MIZELLE, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**
This action came before this Court for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that pursuant to the court's order dated 12/2/2016, Defendant Pitt County Department of Social Services is DISMISSED from the action.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Court adopts the Memorandum and Recommendations as its own. Defendants' motion for summary judgment is allowed. This action is DISMISSED WITH PREJUDICE.

This Judgment Filed and Entered on September 24, 2018 with service on:
Constance Pratt, P.O. Box General Mail, Winston-Salem, NC 27102 (via US Mail)
Scott C. Hart (via Cm/ECF Notice of Electronic Filing)

Date: September 24, 2018        PETER A. MOORE, JR., CLERK

                                *Susan K. Edwards*
                                Susan K. Edwards, Deputy Clerk